**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1567**

In re: CLEVO SHUFF,

            Petitioner.

On Petition for Writ of Mandamus.  (3:09-cr-00008-FDW-1)

Submitted:  July 23, 2020                    Decided:  July 27, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Clevo Shuff, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clevo Shuff petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motion for reduction of sentence under the First Step Act of 2018. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action with respect to Shuff's sentence reduction motion. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*